NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


PARKER M. WELCH, DOC #158279,    )
    )
    Appellant,    )
    )
v.    )    Case No. 2D17-4029
    )
STATE OF FLORIDA,    )
    )
    Appellee.    )
_____)

Opinion filed June 19, 2019.

Appeal from the Circuit Court for Pinellas
County; Joseph A. Bulone, Judge.

Howard L. Dimmig, II, Public Defender,
and Maureen E. Surber, Assistant Public
Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Helene S. Parnes,
Senior Assistant Attorney General, Tampa,
for Appellee.


PER CURIAM.

    Affirmed.


LaROSE, C.J., and SILBERMAN and ATKINSON, JJ., Concur.